

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR/vl:

*United States Attorney's Office*

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

March 7, 2008

Hon. Leonard D. Wexler
United States District Judge
United States District Court
944 Federal Plaza
Central Islip, New York 11722

        Re:    Chao v. Local 1104, CWA
                  Civil Action No. CV-06-5896
                  (Wexler, J.)(Boyle, M.J.)

Dear Judge Wexler:

        The undersigned, counsel for plaintiff Elaine Chao, Secretary of Labor, respectfully requests, on behalf of all parties, that the court so order the attached Stipulation of Settlement which resolves this action as provided therein.  The parties thank the court for considering this request.

                          Very truly yours,
                          BENTON J. CAMPBELL
                          UNITED STATES ATTORNEY
        By:     S/VINCENT LIPARI
                          VINCENT LIPARI
                          Assistant U.S. Attorney
                          (631)715-7864

cc:    David Mintz, Esq.
       Arthur Z. Schwartz